Erik Brent Walker
Hissey, Kientz & Herron
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671
Email: erik@hkhlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-1895 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Patricia Smith, et al.,<br><br>                              Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Patricia Smith and Allen Smith in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By: _____

**HISSEY, KIENTZ & HERRON**
16800 Imperial Valley Drive, Suite 130
Houston, TX 77060
Telephone: 713-224-7670
Facsimile: 713-224-7671

*Attorneys for Plaintiffs*

DATED: 11/23, 2010    By: _____/s/_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 29, 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**